**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

February 26, 2025

**VIA ECF**

The Honorable John P. Cronan
United States District Court Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Young v. House Of Macadamias LLC*
       Case No.: 1:24-cv-8497

Dear Judge Cronan,

The undersigned represents Leshawn Young, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced action against House Of Macadamias LLC ("Defendant"). In light of Your Honor's February 12, 2025 Order (Dkt. 5) the undersigned respectfully requests this case not be dismissed pursuant to Fed. R. Civ. P. 4(m) of the Federal Rules of Civil Procedure and respectfully requests a two week extension to effectuate service. Due to a clerical error, a request for issuance of summons was never filed in this action, which is inexcusable, however we have taken steps to prevent these mistakes in the future. We have since sent this matter out for service and it should be served within the next two weeks. The Defendant received courtesy copies of the Complaint and Summons and would not be prejudiced by this extension. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

**GOTTLIEB & ASSOCIATES PLLC**

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

The request is denied. The instant letter, which contains no factual detail beyond an unelaborated reference to a "clerical error," does not establish good cause for excusing Plaintiff's failure to effect timely service under Federal Rule of Civil Procedure 4(m). *See Counter Terrorist Grp. U.S. v. N.Y. Mag.*, 374 F. App'x 233, 235 (2d Cir. 2010) (summary order) ("Attorney error does not constitute good cause under Rule 4(m)."). Accordingly, this action is dismissed without prejudice. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: February 27, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge